# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1010

William L. Fambrough

Appellant

v.

Uber Technologies, Inc.

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00952-DGK)

---

**MANDATE**

In accordance with the judgment of February 27, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 27, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit